the FCC's rejection of PBC's motion to amend its license application was both reasonable and within the Commission's discretion. The decision of the Commission denying PBC's application is therefore

*Affirmed.*

ACTION FOR CHILDREN'S TELEVISION, et al., Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION, United States of America, Respondents.

Nos. 93–1092, 93–1100.

United States Court of Appeals, District of Columbia Circuit.

Feb. 16, 1994.

Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

### ORDER

PER CURIAM.

Respondents' Suggestion For Rehearing *In Banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *in banc*, that the suggestion is granted and these cases will be reheard by the court sitting *in banc*. It is

FURTHER ORDERED, by the court *in banc*, that the judgment filed herein on No-

vember 23, 1993 be, 11 F.3d 170, and the same hereby is, vacated.

A future order will govern further proceedings.

ALLIANCE FOR COMMUNITY MEDIA; The Alliance For Communications Democracy; People for the American Way, Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION, United States of America, Respondents

and Consolidated Cases.

No. 93–1169.

United States Court of Appeals, District of Columbia Circuit.

Feb. 16, 1994.

Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

### ORDER

PER CURIAM.

Respondents' Suggestion For Rehearing *In Banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *in banc*, that the suggestion is granted and these cases will be reheard by the court sitting *in banc*. It is

FURTHER ORDERED, by the court *in banc*, that the judgment filed herein on November 23, 1993 be, 10 F.3d 812, and the same hereby is, vacated.

A future order will govern further proceedings.